**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NTS W. USA Corp., a Delaware corporation** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Desigual**<br>**DBA  Desigual USA**<br>**FKA  NTS W. USA LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **68-0678045** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **498 Red Apple Court**<br>**Suite 127**<br>**Central Valley, NY 10917**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **NTS W. USA Corp., a Delaware corporation**                    Case number *(if known)* _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4481**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

| Debtor | **NTS W. USA Corp., a Delaware corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **NTS W. USA Corp., a Delaware corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2020**
MM / DD / YYYY

**X** **/s/ Brian K. Ryniker**                    **Brian K. Ryniker**
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ George P. Angelich**            Date    **July 22, 2020**
Signature of attorney for debtor                MM / DD / YYYY

**George P. Angelich**
Printed name

**Arent Fox LLP**
Firm name

**1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 484-3900**    Email address    **george.angelich@arentfox.com**

**4322236 NY**
Bar number and State

### NTS W. USA CORP.
### UNANIMOUS WRITTEN CONSENT OF THE SOLE DIRECTOR TO BOARD RESOLUTIONS RELATING TO (1) EMPLOYING A CHIEF RESTRUCTURING OFFICER AND (2) COMMENCING A CHAPTER 11 BANKRUPTCY CASE

The undersigned, being the sole director of NTS W. USA Corp., a Delaware Corporation (the "Board of Directors"), acting by written consent (the "Unanimous Written Consent"), do hereby consent to and adopt the following resolutions, and direct that this Unanimous Written Consent be filed with the minutes of the proceedings of the Board of Directors of NTS W. USA Corp.

**WHEREAS,** it is deemed desirable and in the best interests of NTS W. USA Corp. that the following actions be taken by the Board of Directors and that the resolutions herein shall remain in full force and effect unless and until the Board of Directors adopts a further resolution to the contrary.

**RESOLVED** that Brian Ryniker of Ryniker Consultants, LLC is appointed as the chief restructuring officer of NTS W. USA Corp. and that certain engagement letter between Ryniker Consultants, LLC and NTS W. USA Corp dated July 17, 2020 is hereby approved and ratified by the Board of Directors in full.

**RESOLVED** that NTS W. USA Corp. shall file a voluntary petition under Subchapter V of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "NTS Bankruptcy Case") on the date determined by Brian Ryniker (the "Designated Officer") in his capacity as the chief restructuring officer, after consultation with counsel, to be in the best interests of NTS W. USA Corp., its creditors, and other parties in interest. The Designated Officer is authorized to sign the voluntary Chapter 11 petition, elect to proceed under Subchapter V, and sign all related documents as the authorized representative of NTS W. USA Corp.

**RESOLVED** that in his capacity as the Designated Officer, Brian Ryniker is hereby authorized on behalf of and in the name of NTS W. USA Corp. to execute and file and to cause counsel for NTS W. USA Corp. to prepare with the assistance of NTS W. USA Corp. and its attorneys and financial advisors as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the NTS Bankruptcy Case, and to take any and all action that the Designated Officer deems necessary and proper in connection with the NTS Bankruptcy Case without the need for any further approval of the Board of Directors unless and until the Board of Directors subsequently decides to the contrary. These actions include but are not limited to the following: employing and compensating counsel and professionals; seeking Bankruptcy Court approval for NTS W. USA Corp. to use cash collateral and/or to obtain post-petition financing and executing any agreements related to any of the foregoing;: compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivables; negotiating with creditors, lenders, vendors, suppliers, and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving NTS W. USA

Corp.; selling or liquidating some or substantially all of NTS W. USA Corp.'s assets; causing NTS W. USA Corp. to propose a plan of reorganization or liquidation and related disclosure statement (if appropriate) and to seek to confirm a plan of reorganization or liquidation; and causing NTS W. USA Corp. to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court. Brian Ryniker also has the power to designate any other representative of NTS W. USA Corp. with the power and authority to execute any pleadings or other documents on behalf of NTS W. USA Corp.

**IN WITNESS WHEREOF**, the undersigned has executed this Unanimous Written Consent as the sole member of the Board of Directors of NTS W. USA Corp. this 22 day of July __, 2020.

---

Thomas A. Meyer
Sole Director

2

# 6.2.1 Historical Financial Statements (Balance Sheet)

**Balance Sheet** in k USD

| | 2017 | 2018 | 2019 | H1 2020 |
|---|---|---|---|---|
| **FIXED ASSETS** | 3,037 | 3,521 | 4,681 | 4,419 |
| Stock | 5,149 | 3,625 | 4,350 | 4,284 |
| Account Receivable | 147 | 714 | 836 | 1,202 |
| Group Receivable | 626 | 1,484 | 2,733 | 3,457 |
| Financial Investments | 27 | 0 | 0 | 2,187 |
| Advanced payments | 66 | 58 | 100 | 326 |
| Cash | 1,211 | 802 | 868 | 1 |
| **CURRENT ASSETS** | 7,226 | 6,683 | 8,887 | 11,458 |
| **TOTAL ASSETS** | 10,263 | 10,204 | 13,569 | 15,876 |

| | 2017 | 2018 | 2019 | H1 2020 |
|---|---|---|---|---|
| **EQUITY** | 884 | 1,338 | 1,251 | -2,668 |
| Other Long Term Liabilities | 230 | 216 | 618 | 626 |
| Group Liabilities | 3,891 | 5,857 | 7,785 | 11,874 |
| **NON-CURRENT LIABILITIES** | 4,122 | 6,073 | 8,404 | 12,500 |
| Group Payable | 2,213 | 686 | 1,030 | 1,431 |
| Account Payable | 2,931 | 1,708 | 2,471 | 4,314 |
| Other Short Term Liabilities | -4 | 111 | 18 | 0 |
| Short-Term Liabilities | 117 | 289 | 395 | 300 |
| **CURRENT LIABILITIES** | 5,258 | 2,794 | 3,914 | 6,044 |
| **TOTAL EQUITY & LIABILITIES** | 10,263 | 10,204 | 13,569 | 15,876 |
| | 0 | 0 | 0 | 0 |

## 6.2.2 Historical Financial Statements (Profit & Loss)

| Profit & Loss in k USD | 2017 | | 2018 | | 2019 | |
|---|---|---|---|---|---|---|
| Net Sales | 26,596 | | 25,700 | | 23,021 | |
| Cost of Sales | -8,594 | | -8,220 | | -7,757 | |
| Gross Profit | 18,001 | 68% | 17,480 | 68% | 15,264 | 66% |
| Distribution | -2,423 | -9% | -2,497 | -10% | -2,414 | -10% |
| Rents | -6,268 | -24% | -6,668 | -26% | -6,441 | -28% |
| HR | -3,303 | -12% | -3,407 | -13% | -2,549 | -11% |
| Other Operating Charges | -4,016 | -15% | -4,436 | -17% | -5,170 | -22% |
| EBITDA | 1,991 | 7% | 473 | 2% | -1,310 | -6% |
| Depreciation & Amortization | -1,122 | -4% | -1,241 | -5% | -1,379 | -6% |
| EBIT | 870 | 3% | -768 | -3% | -2,690 | -12% |
| Non-Opex | 899 | 3% | -1,438 | -6% | -412 | -2% |
| Financial Result | -347 | -1% | -290 | -1% | -383 | -2% |
| Abasic Financial Support | -889 | -3% | 2,937 | 11% | 3,398 | 15% |
| EBT | 533 | 2% | 441 | 2% | -87 | 0% |

# 6.2.3 P&L 2020 New Estimation

| **Profit & Loss** in k USD | **B2020 Rev** |
|---|---:|
| Net Sales | 12,859 |
| Cost of Sales | -3,776 |
| **Gross Margin** | **9,083** |
| Distribution | -1,668 |
| Rents | -7,376 |
| HR | 0 |
| Operative PoS | -4,924 |
| Corners & Displays | -34 |
| Comissions | -372 |
| **Pos Margin** | **-5,292** |
| Bad Debt | -53 |
| Showroom | -32 |
| Samples | -125 |
| HR Reto Support | -690 |
| Trade Marketing | -171 |
| Operative Reto | -88 |
| Push Demand | -153 |
| **C&C Margin** | **-6,604** |
| General Expenses (HR & Offices) | -920 |
| **EBIT** | **-7,525** |
| Depreciation & Amortization | 1,276 |
| **EBITDA** | **-6,249** |

## 6.5.1 Cash Flow Statement





# 6.5.2 P&L 2020 New Estimation

| Profit & Loss in k USD | B2020 Rev |
|---|---|
| Net Sales | 12,859 |
| Cost of Sales | -3,776 |
| **Gross Margin** | **9,083** |
| Distribution | -1,668 |
| Rents | -7,376 |
| HR | 0 |
| Operative PoS | -4,924 |
| Corners & Displays | -34 |
| Comissions | -372 |
| **Pos Margin** | **-5,292** |
| Bad Debt | -53 |
| Showroom | -32 |
| Samples | -125 |
| HR Reto Support | -690 |
| Trade Marketing | -171 |
| Operative Reto | -88 |
| Push Demand | -153 |
| **C&C Margin** | **-6,604** |
| General Expenses (HR & Offices) | -920 |
| **EBIT** | **-7,525** |
| Depreciation & Amortization | 1,276 |
| **EBITDA** | **-6,249** |

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **NTS W. USA Corp., a Delaware corporation** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New 594 Broadway Associates LL c/o GFP Real Estate LLC 125 Park Avenue New York, NY 10017 | Brian Steinwurtzel bsteinwurtzel@gfpre.com | Lease | Disputed | | | $263,833.32 |
| Aventura Mall Expansion Ventur c/o Turnberry Aventura Mall Ex 19501 Biscayne Blvd., Ste. 400 Miami, FL 33180 | Jory Thomas jthomas@turnberry.com | Lease | Disputed | | | $260,743.32 |
| Dolphin Mall Associates LLC 200 East Long Lake Rd. Suite 300 Bloomfield Hills, MI 48304 | Francesca Lousia FLousia@Taubman.com | Lease | Disputed | | | $252,774.40 |
| 958 Avenue of the Americas LLC c/o Crown Acquisitions 767 Fifth Avenue, 24th Floor New York, NY 10153 | Richard S. Chera/ Jack Terzi jack@jtreholdings.com | Lease | Unliquidated Disputed | | | $240,915.68 |
| SIMON PROPERTY GROUP INC. 225 West Washington Street Indianapolis, IN 46204 | | Lease | Disputed | | | $225,375.13 |
| SAVINO DEL BENE USA, INC. 34 ENGELHARD AVENUE Avenel, NJ 07001 | | Trade Debt | | | | $218,549.86 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **NTS W. USA Corp., a Delaware corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Premium Outlet Partners, L.P.**<br>**c/o Simon Property Group**<br>**225 West Washington St.**<br>**Indianapolis, IN 46204** | **Justin Stein**<br>**Jstein@simon.com** | **Lease** | **Disputed** | | | **$177,885.10** |
| **Lincoln Center Associates, LLC**<br>**1300 Collins Avenue, Suite 100**<br>**Attn: Melvyn Schlesser**<br>**Miami Beach, FL 33139** | **Melvyn Schlesser**<br>**mel@jameckdevelopment.com** | **Lease** | **Disputed** | | | **$171,616.56** |
| **Orlando Vineland PO, L.P.**<br>**c/o Simon Property Group**<br>**225 West Washington St.**<br>**Indianapolis, IN 46204** | **Justin Stein**<br>**Jstein@simon.com** | **Lease** | **Disputed** | | | **$163,329.88** |
| **Boulevard Invest LLC**<br>**c/o Miracle Mile Shops Mgmt.**<br>**3663 Las Vegas Blvd S, Ste 900**<br>**Las Vegas, NV 89109** | **Eunice Marciniak**<br>**EMarciniak@mms-lv.com** | **Lease** | **Disputed** | | | **$161,052.68** |
| **Orlando Outlet Owner, LLC**<br>**c/o Simon Property Group**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | **Justin Stein**<br>**Jstein@simon.com** | **Lease** | **Disputed** | | | **$154,963.50** |
| **605 Fifth Property Owner, LLC**<br>**c/o Optimum Properties**<br>**924 Bergen Avenue, Suite 513**<br>**Jersey City, NJ 07306** | **Ness Cohen**<br>**ness.cohen@cliffordchance.com** | **Lease** | **Contingent Disputed** | | | **$135,882.51** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Debtor | **NTS W. USA Corp., a Delaware corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Mall Associates, Ltd.** c/o M.S. Management Assoc. Inc 225 West Washington Street Indianapolis, IN 46204 | **Justin Stein** Jstein@simon.com | **Lease** | **Disputed** | | | **$135,577.03** |
| **Sunrise Mills (MLP)** c/o M.S. Management Assoc. Inc 225 West Washington Street Indianapolis, IN 46204 | **Justin Stein** Jstein@simon.com | **Lease** | **Disputed** | | | **$133,322.72** |
| **BELTEX 2014, S.L.** REMENCES, 48 08304 MATARO SPAIN | | **Trade Debt** | | | | **$73,002.21** |
| **HUZHOU SILVERSPACE IMP AND EXP** 1268 LONG XI NORTH ROAD 313000 HUZHOU CHINA | | **Trade Debt** | | | | **$72,340.77** |
| **HANGZHOU DRAGON STAND APPAREL** BLOCK3 NO. 1218 WEST WENYI RD 311121 HANGZHOU CHINA | | **Trade Debt** | | | | **$68,340.07** |
| **HI-TEX 2008 S.L.** PL PERE LLAUGER I PRIM, 6 08360 CANET DE MAR SPAIN | | **Trade Debt** | | | | **$65,254.74** |
| **HAPPILY LIMITED** | | **Trade Debt** | | | | **$61,316.49** |
| **OBJETIVO MODA DESIGNS S.L.** PLA DE CADELLANS S/N 08358 ARENYS DE MUNT - SPAIN | | **Trade Debt** | | | | **$44,849.90** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **NTS W. USA Corp., a Delaware corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**July 22, 2020**__         X **/s/ Brian K. Ryniker**
                                              Signature of individual signing on behalf of debtor

                                              **Brian K. Ryniker**
                                              Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **NTS W. USA Corp., a Delaware corporation**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ABASIC S.L.**<br>**Passeig Mare Nostrum, 15**<br>**08039 Barcelona  SPAIN** | | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 22, 2020**

Signature    **/s/ Brian K. Ryniker**

**Brian K. Ryniker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

605 FIFTH PROPERTY OWNER, LLC
C/O OPTIMUM PROPERTIES
924 BERGEN AVENUE, SUITE 513
JERSEY CITY, NJ 07306

958 AVENUE OF THE AMERICAS LLC
C/O CROWN ACQUISITIONS
767 FIFTH AVENUE, 24TH FLOOR
NEW YORK, NY 10153

ADARSH KNITWEAR PRIVATE LIMITE

ADMIRA DIGITAL NETWORKS SL

ADP, INC.

ADSMURAI

AKOZBEKLER DIS TIC LTD STI

AKR INDUSTRIES PRIVATE LIMITED

ALFA COTTON LTD

AMAZON.COM

AMENDAR PRINTING D/B/A ADCONCE

AMERICAN EXPRESS EUROPE, S.A.

AQUATECHNIQUES LTD.

AT&T


AVENTURA MALL EXPANSION VENTUR
C/O TURNBERRY AVENTURA MALL EX
19501 BISCAYNE BLVD., STE. 400
MIAMI, FL 33180


AVENTURA MALL VENTURE


BAKER&MCKENZIE BARCELONA, S.L.


BARCLAYS BANK PLC


BASAK TEKSTIL SANAYI VE TICARE


BAYKAN DENIM KONFEKSIYON ANONI


BELTEX 2014, S.L.
REMENCES, 48
08304 MATARO SPAIN


BONHEUR FABS


BOONTEX INTERNATIONAL LIMITED


BOULEVARD INVEST LLC
C/O MIRACLE MILE SHOPS MGMT.
3663 LAS VEGAS BLVD S, STE 900
LAS VEGAS, NV 89109


BRASK MALL SERVICES II


BRINKS INCORPORATED

C/O M.S. MANAGEMENT ASSOC. INC
225 WEST WASHINGTON ST.
ATTN: SR. EXEC. V.P.-LEASING
INDIANAPOLIS, IN 46204


CAPTURE SHOWROON, INC.


CASUAL PROJECT SL


CENTURY LINK


CONSOLIDATED EDISON CO. OF NY


CPD PROVEEDOR PARA CARGOS CLIE


CREATIVE GARMENTS


DAVIMODE CO. LTD.


DOLPHIN MALL ASSOCIATES LLC
200 EAST LONG LAKE RD.
SUITE 300
BLOOMFIELD HILLS, MI 48304


DUKE ENERGY


ECOH INTERNATIONAL COMPANY


EMPIRE HEALTH CHOICE ASSURANCE


F.E. MORAN, INC.

FABRIZIO FABBIO


FERMIR CONFECCOES FERNANDES


FILCO CARTING CORP.


FLORIDA MALL ASSOCIATES, LTD.
C/O M.S. MANAGEMENT ASSOC. INC
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


FPL - FLORIDA POWER & LIGHT CO


FRONTIER COMMUNICATIONS


GENEROS DE PUNTO TREISS, SL.


GINA MARIE PEREZ GRAU


GLOBAL BUSINESS TRAVEL SPAIN S


GLOBALCOLLECT B.V.


GOOGLE INC


GRANITE TELECOMMUNICATIONS


GUANGZHOU AOSHENG LEATHER CO.

GUANGZHOU SHANGPI LEATHER CO.


HAIYAN XINGYUAN GARMENT CO. LT


HALLOTEX S.L.


HANGZHOU DRAGON STAND APPAREL
BLOCK3 NO. 1218 WEST WENYI RD
311121 HANGZHOU CHINA


HANGZHOU IN-CHOICE IMPORT


HANS BOODT MANNEQUINS EUROPE B


HAPPILY LIMITED


HI-TEX 2008 S.L.
PL PERE LLAUGER I PRIM, 6
08360 CANET DE MAR SPAIN


HONG KONG BEST FIELD INDUSTRY


HONG KONG GUANG DAO HANDBAGS


HUZHOU NEW CENTURY INTL. TR


HUZHOU SILVERSPACE IMP AND EXP
1268 LONG XI NORTH ROAD
313000 HUZHOU CHINA


IMPERIAL COMMERICAL CLEANING

INTEC LTD.


INTERTEKS GIDA TEKSTIL DIS TIC


IZ-DIRECT ENTERPRISE LIMITED


JIAHAO (HK) TRADING LIMITED


JIAXING NEWTEX FASHION TRADING


KASHION INDUSTRY CO. LTD


KEIFUNG INTERNATIONAL DEVL. C


KIM KENSON SALES INC


KUEHNE+NAGEL, INC. - USA


LINCOLN CENTER ASSOC., LLC


LINCOLN CENTER ASSOCIATES, LLC
1300 COLLINS AVENUE, SUITE 100
ATTN: MELVYN SCHLESSER
MIAMI BEACH, FL 33139


MABE SRL


MAGNOLIA MARTINQUE CLOTHING PT

MANI FASHIONS & ACCESSORIES

MCGRAW COMMUNICATIONS

MENACERESA STUDIOS

METROPOLITAN TELECOMMUNINCATIO

MIA MODA TEKSTIL VE DERI URUNL

MIAMI-DADE COUNTY FINANCE DEPT

MICROSOFT ONLINE, INC.

MIROMAR DEVELOPMENT CORP.
ATTN: OFFICE OF GENERAL COUNSE
10801 CORKSCREW ROAD, STE. 305
ESTERO, FL 33928

MIROMAR OUTLET WEST, LLC
10801 CORKSCREW ROAD
SUITE 305
ESTERO, FL 33928

NATH BROS EXIM INTL. LTD

NEO ADVERTISING 2003 S.L.

NEW 594 BROADWAY ASSOCIATES LL
C/O GFP REAL ESTATE LLC
125 PARK AVENUE
NEW YORK, NY 10017

NYC DEPT. OF FINANCE GEN CORP


OBJETIVO MODA DESIGNS S.L.
PLA DE CADELLANS S/N
08358 ARENYS DE MUNT - SPAIN


ORANGE & ROCKLAND


ORLANDO OUTLET OWNER, LLC
C/O SIMON PROPERTY GROUP
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


ORLANDO UTILITIES COMMISSION


ORLANDO VINELAND PO, L.P.
C/O SIMON PROPERTY GROUP
225 WEST WASHINGTON ST.
INDIANAPOLIS, IN 46204


PACT 2004, S.A.


PANACHE EXPORTS


PEIXE SOFTWARE SLNE


PERA TEKASTIL DAN. SAN. TIC. L


PERLAMANREP LLC


PITNEY BOWES


POLISNELLI PC

PREMIUM OUTLET PARTNERS, L.P.
C/O SIMON PROPERTY GROUP
225 WEST WASHINGTON ST.
INDIANAPOLIS, IN 46204


PRICE WATER HOUSE COOPERS LLP


PRINT HUB


PURE SOURCE CLOTHING PVT. LTD.


RAAGAM EXPORTS


RAIN POWER LIMITED


RGIS


RICHRELEVANCE


RIVER BAY INTERNATIONAL


SAMD LIMITED


SAVINO DEL BENE USA, INC.
34 ENGELHARD AVENUE
AVENEL, NJ 07001


SC EUROTEX COMPANY SRL


SCN TRUPHONE S.L.

SECURITAS SECURITY SERVICES US

SGS NORTH AMERICA INC

SHAHI EXPORTS PVT. LTD.

SHALIMAR INTERNATIONAL

SHINY KNITWEAR

SIMON PROPERTY GROUP INC.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SOURTEX CABRERA S.L.

SPEEDPRO IMAGING

SPRING SYSTEMS INC

SPRINGSUN FASHION ACCESSORY LI

SPS COMMERCE

SRISTI GARMENTS

STATEMENTS INC.

SUMEC TEXTILE & LIGHT INDUSTRY

SUNRISE MILLS (MLP)
C/O M.S. MANAGEMENT ASSOC. INC
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


T MOBILE


TELEPERFORMANCE ESPANA, S.A.U.


TMF USA, INC.


TUNG SHUN INTL. TRADING


U-KAY DARZI INC


ULTIMA S.A.


UOB MODA TEKSTIL DIS TICARET


UPS CANADA


UPS SUPPLY CHAIN SOL., INC.


VEENAR FASHIONS


VELVET 14 S.L.


VERIZON

VODAFONE ESPANA S.A.U.

W FASHION ACCESSORIES CO. LTD.

W.B. MASON CO., INC.

WASTE MANAGEMENT INC

WEIHAI KAIHUA IMPORT & EXPORT

WELLS FARGO INSURANCE SERVICES

WENZHOU EVERSTAR IMP. & EXP.

WESTERMAN BALL EDER MILLER
1201 RXR PLAZA
ATTN: STAUR S. BALL, ESQ.
UNIONDALE, NY 11556

WHEELABRATOR TECHNOLOGIES INC.

XIAMEN UNIBEST IMPORT & EXPORT

YIWU MAYIWU TRADING CO., LTD.

# United States Bankruptcy Court
## Southern District of New York

In re    **NTS W. USA Corp., a Delaware corporation**                    Case No.
                                                    Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **July 22, 2020**                          **/s/ Brian K. Ryniker**

                                                    **Brian K. Ryniker/Chief Restructuring Officer**
                                                    Signer/Title