**SCHEDULE 1**

| Debtor Counterparty | Description of Contract or Lease | Counterparty Name | Rejection Date |
|---|---|---|---|
| NTS W. USA Corp. | Cleaning services agreement | Brask Mall Services II | 8/31/2020 |
| NTS W. USA Corp. | Cleaning services agreement | Filco Carting Corp. | 8/31/2020 |
| NTS W. USA Corp. | Cleaning services agreement | Imperial Commercial Cleaning aka Edison Avenue | 8/31/2020 |
| NTS W. USA Corp. | Cleaning services agreement | International Environmental Manag. | 8/31/2020 |
| NTS W. USA Corp. | Cleaning services agreement | Imperial Commercial Cleaning, Inc. | 8/31/2020 |
| NTS W. USA Corp. | Cleaning services agreement | SSG | 8/31/2020 |
| NTS W. USA Corp. | Cleaning services agreement | Waste Management Inc. | 8/31/2020 |
| NTS W. USA Corp. | Construction agreement | Mavacon | 8/31/2020 |
| NTS W. USA Corp. | Service order, design and supply fixed assets | Contemporain Studio SL | 8/31/2020 |
| NTS W. USA Corp. | Service order, design and supply fixed assets | Domo Architecture | 8/31/2020 |
| NTS W. USA Corp. | Service order, design and supply fixed assets | Estudi 314BCN S.L. | 8/31/2020 |
| NTS W. USA Corp. | Service order, engineering | Guth Deconzo Consulting Engineers | 8/31/2020 |
| NTS W. USA Corp. | Service order, design and supply fixed assets | Hans Boodt Mannequins Europe BV | 8/31/2020 |
| NTS W. USA Corp. | Service order, design and supply fixed assets | Lightsound Business, S.L. | 8/31/2020 |
| NTS W. USA Corp. | Service order, design and supply fixed assets | Nedap Inc. | 8/31/2020 |
| NTS W. USA Corp. | Service order, promotional products | Gouda, Inc. | 8/31/2020 |
| NTS W. USA Corp. | Maintenance agreement | F.E. Moran, Inc. | 8/31/2020 |
| NTS W. USA Corp. | Maintenance agreement | Wheelabrator Technologies Inc. | 8/31/2020 |
| NTS W. USA Corp. | Mobile services agreement | Vodafone España S.A.U. | 8/31/2020 |
| NTS W. USA Corp. | Mobile services agreement | Dialoga Servicios Interactivos S.A. | 8/31/2020 |
| NTS W. USA Corp. | Security services agreement | DGA Security Systems Inc. | 8/31/2020 |
| NTS W. USA Corp. | Security services agreement | Security Resources, Inc. | 8/31/2020 |
| NTS W. USA Corp. | Maintenance agreement | Baxter Mechanical | 8/31/2020 |
| NTS W. USA Corp. | Service order, promotional products | Bling Signature LLC | 8/31/2020 |
| NTS W. USA Corp. | Security and audit services agreement | HS Brands International, Inc. | 8/31/2020 |
| NTS W. USA Corp. | Maintenance agreement | Johnsons Controls | 8/31/2020 |
| NTS W. USA Corp. | Security services agreement | Security Resources, Inc. | 8/31/2020 |
| NTS W. USA Corp. | Service order, sewing services | Arthur Arbit | 8/31/2020 |
| NTS W. USA Corp. | Utility agreement | Central Hudson | 8/31/2020 |
| NTS W. USA Corp. | Communications services agreement | Frontier Communications | 8/31/2020 |
| NTS W. USA Corp. | Communications services agreement | McGraw Communications | 8/31/2020 |
| NTS W. USA Corp. | Utility agreement | Orange & Rockland | 8/31/2020 |
| NTS W. USA Corp. | Software agreement | SPS Commerce | 8/31/2020 |
| NTS W. USA Corp. | Water supply agreement | Pure Water Partners | 8/31/2020 |
| NTS W. USA Corp. | Communications services agreement | Granite Telecommunications | 8/31/2020 |
| NTS W. USA Corp. | Utility agreement | Orlando Utilities Commission | 8/31/2020 |
| NTS W. USA Corp. | Utility agreement | Sparkletts & Sierra | 8/31/2020 |
| NTS W. USA Corp. | Water supply agreement | Poland Spring Direct | 8/31/2020 |