George P. Angelich
**ARENT FOX LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
george.angelich@arentfox.com

M. Douglas Flahaut (admitted *pro hac vice*)
Annie Y. Stoops (admitted *pro hac vice*)
**ARENT FOX LLP**
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 443-7559
douglas.flahaut@arentfox.com
annie.stoops@arentfox.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| NTS W. USA CORP., A DELAWARE CORPORATION, | : : : | Case No. 20-35769 (CGM) |
| Debtor. | : : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 15, 2020 AT 11:40 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, on September 15, 2020 beginning at 11:40 a.m. (prevailing Eastern Time).

In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-54.

Copies of the Pleadings and other pleadings for subsequent hearings may be obtained free of charge by visiting the website of Stretto at: https://case.stretto.com/Desigual. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

AFDOCS/22858243.1

**STATUS CONFERENCE:**

1. ***Order Scheduling Status Conference in Chapter 11 Small Business Subchapter V Under 11 U.S.C. § 1188***. [Docket No. 7].

    **OBJECTIONS / RESPONSES:**    Debtor's Subchapter V Status Report filed on September 1, 2020 as Docket No. 74.  No other objections or responses filed.

**MOTIONS:**

1. ***Motion to Reject Lease or Executory Contract***.  Debtor's Motion for Entry of Order (I) Authorizing (A) Rejection of a Certain Unexpired Lease Effective as of the Rejection Date and (B) Abandonment of Any Personal Property Related Thereto, and (II) Granting Related Relief [Docket No. 71].

    **OBJECTIONS / RESPONSES:**        None.

2. ***Motion to Reject Lease or Executory Contract***.  Debtor's Omnibus Motion for Entry of Order (I) Authorizing Rejection of Certain Executory Contracts Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 72].

    **OBJECTIONS / RESPONSES:**        None.

**RETENTION APPLICATIONS NOTICED TO BE HEARD ON SEPTEMBER 15, 2020 BUT NOT APPEARING ON THE COURT'S CALENDAR AS OF SEPTEMBER 14, 2020:**

1. ***Stretto***.  Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Stretto as Administrative Advisor for the Debtor Effective as of the Petition Date [Docket No. 59].

    **OBJECTIONS / RESPONSES:**        None.

2. ***Ryniker Consultants, LLC***.  Debtor's Application for Entry of an Order (I) Authorizing the Retention of Ryniker Consultants, LLC to Provide a Chief Restructuring Officer and Certain Additional Personnel for the Debtor as of the Petition Date and (II) Granting Related Relief [Docket No. 60].

    **OBJECTIONS / RESPONSES:**        None.

3. ***Arent Fox LLP***.  Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Arent Fox LLP as Attorneys for the Debtor Effective as of the Petition Date [Docket No. 68].

    **OBJECTIONS / RESPONSES:**        None.

AFDOCS/22858243.1

Dated:    New York, NY
         September 14, 2020

**ARENT FOX LLP**

By:    */s/ George P. Angelich*
    George P. Angelich
    1301 Avenue of the Americas, Floor 42
    New York, New York 10019
    Telephone: (212) 484-3900
    Facsimile: (212) 484-3990
    Email: george.angelich@arentfox.com

    -and-

    M. Douglas Flahaut (admitted *pro hac vice*)
    Annie Y. Stoops (admitted *pro hac vice*)
    Arent Fox LLP
    Gas Company Tower
    555 West Fifth Street, 48th Floor
    Los Angeles, CA 90013
    Telephone: (213) 629-7400
    Facsimile: (213) 629-7401
    Email: douglas.flahaut@arentfox.com
          annie.stoops@arentfox.com

    *Proposed Counsel for the Debtor and Debtor-in-Possession*