UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>NTS W. USA CORP., A DELAWARE CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-35769 (CGM) |

### SCHEDULING ORDER SETTING PLAN CONFIRMATION HEARING AND RELATED DEADLINES

On September 15, 2020, the Court conducted an initial status conference in the above-captioned Subchapter V case pursuant to Bankruptcy Code § 1188. Appearances were entered on the record. Good cause appearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that

1. The Debtor shall file and solicit a chapter 11 Plan (the "Plan") for voting by **September 23, 2020** in order for the court to conduct a confirmation hearing on November 4, 2020.

2. Any objections to confirmation of the Plan shall be filed with the court and served on counsel to the Debtor by **October 21, 2020.**

3. The deadline for Secured Creditors (if any) to make an election pursuant to Section 1111(b) of the Bankruptcy Code is **October 21, 2020**.

4. Completed ballots voting for or against the Plan must be received by counsel for the Debtor on or before **October 24, 2020** using the following address or e-mail address:

    Arent Fox LLP
    Attn: M. Douglas Flahaut
    555 W. Fifth Street, 48th Floor
    Los Angeles, CA 90013
    douglas.flahaut@arentfox.com

5. The Debtor shall file with the court a ballot summary report containing the vote tabulation no later than **October 27, 2020**.

6. The court will conduct a hearing to consider confirmation of the Plan on **November 4, 2020** at **11:00 a.m. (prevailing Eastern time)** in the United States Bankruptcy Court for the Southern District of New York.

7.  The status conference has been adjourned to **November 4, 2020** at **11:00 a.m. (prevailing Eastern time).**

END OF ORDER

###



**Dated: September 28, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**