**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x    Chapter 11
In re:
                                                                    Case No. 20-35769-cgm
NTS W. USA CORP., A DELAWARE
CORPORATION,

                                       Debtor.
---------------------------------------------------------------x

**NOTICE OF FILING OF MONTHLY STAFFING REPORT**
**BY RYNIKER CONSULTANTS, LLC**
**FOR THE PERIOD FROM JULY 23, 2020 THROUGH SEPTEMBER 30, 2020**

**PLEASE TAKE NOTICE** that Ryniker Consultants, LLC ("Ryniker") has filed the attached monthly staffing report for the period July 23, 2020 through September 30, 2020, with the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601 (the "Bankruptcy Court") pursuant to the Court's *Order Authorizing the Debtor to Employ and Retain Ryniker Consultants, LLC to Provide the Debtors with a Chief Restructuring Officer and Certain Additional Personnel Nunc Pro Tunc to the Petition Date* [Docket No. 86], entered on September 18, 2020, approving the employment of Ryniker.

| | |
|---|---|
| Amount of compensation for CRO services performed: | $224,640.00 |
| Amount of expense reimbursement: | $0.00 |
| Total compensation and expenses: | $224,640.00 |

*[Signature on the Following Page]*

Dated: New York, New York  
October 15, 2020

**ARENT FOX LLP**

By: */s/ George P. Angelich*
George P. Angelich
1301 Avenue of the Americas, Floor 42
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: george.angelich@arentfox.com

-and-

M. Douglas Flahaut (*admitted pro hac vice*)
Annie Y. Stoops (*admitted pro hac vice*)
Arent Fox LLP
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Email: douglas.flahaut@arentfox.com
   annie.stoops@arentfox.com

*Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    Chapter 11

In re:

                                                                                    Case No. 20-35769-cgm

NTS W. USA CORP.

                             Debtor.

---------------------------------------------------------------x

**MONTHLY STAFFING REPORT BY**
**RYNIKER CONSULTANTS LLC**

**FOR THE PERIOD FROM JULY 23, 2020 THROUGH SEPTEMBER 30, 2020**

| Ryniker Consultants Representative | Function |
|---|---|
| Brian K. Ryniker – Member | Chief Restructuring Officer |
| Michael Rizzo, Jr. | Consultant; cash management, business operations, financial reporting and plan schedules |
| Karl Knechtel | Consultant; lease / landlord management and plan schedules |

**NTS W. USA, CORP.**
**SUMMARY BY CATEGORY**
**JULY 23, 2020 THROUGH SEPTEMBER 30, 2020**

| Row Labels | Sum of Hours | Sum of Billable ($) |
|---|---|---|
| Asset Disposition | 12.6 | $ 5,040.00 |
| Business Operations | 287.8 | $ 105,680.00 |
| Case Administration | 52.6 | $ 18,950.00 |
| Employment and Fee Applications | 0.8 | $ 320.00 |
| Litigation | 18.5 | $ 7,400.00 |
| Meetings and Communications with Debtor | 83.4 | $ 31,375.00 |
| Meetings and Communications with Trustee | 7.8 | $ 3,120.00 |
| Non-Working Travel | 2.0 | $ - |
| Plan and Disclosure Statement | 44.3 | $ 16,875.00 |
| Reporting | 97.2 | $ 35,880.00 |
| **Grand Total** | **607.0** | **$ 224,640.00** |

**NTS W. USA, CORP.**
**SUMMARY BY PROFESSIONAL**
**JULY 23, 2020 THROUGH SEPTEMBER 30, 2020**

| Row Labels | Sum of Hours | Sum of Billable ($) |
|---|---|---|
| Brian Ryniker | 259.8 | $ 103,120.00 |
| Karl Knechtel | 118.1 | $ 41,335.00 |
| Mike Rizzo | 229.1 | $ 80,185.00 |
| **Grand Total** | **607.0** | **$ 224,640.00** |