# Exhibit A

**Proposed Amended Scheduling Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NTS W. USA CORP., A DELAWARE CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-35769 (CGM) |

### *AMENDED* SCHEDULING ORDER SETTING PLAN CONFIRMATION HEARING AND RELATED DEADLINES

Based upon the Stipulation to Amend Scheduling Order Setting Plan Confirmation Hearing and Related Deadlines (the "Stipulation") executed by and between the Debtor; the Office of United States Trustee; and the Subchapter V trustee in this matter, and for good cause apparent,

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved.
2. The *Scheduling Order Setting Plan Confirmation Hearing and Related Deadlines* entered as Dkt. No. 99 is modified as set forth herein.
3. The Court adjourns the hearing to consider confirmation of the Plan from November 4, 2020 at 11:00 a.m. **to November 18, 2020 at 11:00 a.m. (prevailing Eastern time)** in the United States Bankruptcy Court for the Southern District of New York. The status conference in this matter is also adjourned to November 18, 2020 at 11:00 a.m. and no appearances are required in this case on November 4, 2020.
4. The Debtor shall file the Plan Supplement (as that term is defined in the Plan) on or before **October 21, 2020**.
5. The Debtor shall file the Cure Schedule (as that term is defined in the Plan) on or before **October 30, 2020**.
6. Any objections to confirmation of the Plan shall be filed with the Court and served on counsel to the Debtor by **November 4, 2020.**
7. The deadline for Secured Creditors (if any) to make an election pursuant to Section 1111(b) of the Bankruptcy Code is **November 4, 2020**.

AFDOCS/22996926.1

8. Completed ballots voting for or against the Plan must be <u>received</u> by counsel for the Debtor on or before **November 9, 2020** using the following address or e-mail address:

Arent Fox LLP

Attn: M. Douglas Flahaut

555 W. Fifth Street, 48th Floor

Los Angeles, CA 90013

douglas.flahaut@arentfox.com

9. The Debtor shall file with the Court a ballot summary report containing the vote tabulation along with a brief in support of confirmation of the Plan on or before **November 11, 2020.**

END OF ORDER

###

AFDOCS/22996926.1